428 A.2d 237

Commonwealth, Appellant v. Smith, Jr.

Argued December 4, 1979. Vram Nedurian, Jr., Assistant District Attorney, for Commonwealth, appellant; Jon J. Auritt, for appellee.

Before SPAETH, CAVANAUGH and O'KICKI, JJ.*

Order affirmed.

428 A.2d 237

Commonwealth v. Wheeler, Appellant.

Submitted November 16, 1979. Robert W. Lambert, for appellant; Roger T. Mechling, Assistant District Attorney, for Commonwealth, appellee.

Before SPAETH, HOFFMAN and VAN der VOORT, JJ.

Judgment of sentence affirmed.

* President Judge Joseph F. O'Kicki, of the Court of Common Pleas of Cambria County, Pennsylvania is sitting by designation.